**DISMISS and Opinion Filed May 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00159-CV**

**IN THE ESTATE OF ELLICK FRANKLIN MCCANN, DECEASED**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00642-1**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

Before the Court is appellee's March 30, 2021 motion to dismiss this appeal.

A review of this appeal shows that, on January 14, 2021, appellant filed her notice of appeal. When the clerk's record was not filed, we notified Dallas County Clerk John Warren by postcard dated March 12, 2021 and instructed him to file the clerk's record within thirty days. On April 5, 2021, the clerk's office responded by letter informing the Court that appellant had not requested the record and had not paid or made arrangements to pay for the clerk's record.

We then sent appellant a letter, dated April 6, 2021, directing her to provide the Court, within ten days, with written verification she had paid or made

arrangements to pay for the clerk's record or written documentation that she had been found entitled to proceed without payment of costs. TEX. R. APP. P. 35.3(a). We cautioned appellant that the failure to provide the required documentation within the time stated might result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 9.2(b)(1), 37.3(b). To date, appellant has not responded to this Court's directives, the clerk's record has not been filed, and appellant has not otherwise communicated with the Court.

Given these circumstances, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210159F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE ESTATE OF ELLICK
FRANKLIN MCCANN,
DECEASED

No. 05-21-00159-CV          V.

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-19-00642-
1.
Opinion delivered by Justice Partida-
Kipness. Justices Myers and Garcia
participating.

        In accordance with this Court's opinion of this date, we **DISMISS** this appeal for want of prosecution.

        We **ORDER** that appellee James Robert McCann recover his costs, if any, of this appeal from appellant Delores Yolanda Botello a/k/a Yolanda Delores Botello.

Judgment entered May 3, 2021.